Honorable Phyllis J. Hamilton
Senior District Judge

WILLIAM M. MCMILLAN #261795
(AKA) KHALEEL Allah SBI 000666496-B
PO Box 861    FBI 790742LA3
Trenton NJ. 08608

RECEIVED
JUN 25 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

FILED
Jul 15 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

June 16 2021

4:21-cv-05434-PJH(PR)  RE: Witheld Covid-19 Relief funds

Dear Senior District Judge Phyllis J. Hamilton

I am Housed in New Jersey State Prison in trenton. The state is withholding Covid-19 Relief funds, I have not Received any funds, I have proof of filing. My Mail is systematicly withheld because My case has been Reversed for over 4 years. The state Refused to House Me under the Name of My Judgement of conviction WILLIAM MCMILLAN Ocean County, Toms River N.J. OCN INA# 08-03-388 OCP file 07-062181 Reversed on Demonstrative Evidence March 2017 Read IN NEW JERSEY Law Journal. My Phone list Have Not Been updated, No New people on the Kiosk Have Ethics Grievant complaint # Docket# 1-2021-0006E FEB 16, 2021. The state is controling all financial assistances because of the unintegrable conviction which I am Housed in New Jersey Supermax with Medium custody status Have Not allow to have a job to support Myself. I need Help

Very Truly
William M McMillan
Housed As Khaleel Allah

```
superior court clerk's                    WILLIAM M. MCMILLAN
office of the (ombudsman)                 N.J.S.P #261795
SVEN PFAHLERT                             P.O.BOX 861
R.H.J.C                                   TRENTON N.J. 08617
25 MARKET ST. 6TH FLR.
TRENTON N.J. 08625            MAY 12,2021
```

**RE: OCEAN COUNTY
PROMIS/GAV 07-062181
INDICTMENT 08-03-388
STATE NEVER MET BURDEN
PROOF**

DEAR MR PFAHLERT

   I WAS GIVEN YOUR INFO FROM THE OCEAN COUNTY OMBUDSMAN JESSICA STRUNGBENDETTI I FORWARDED HER LETTER TO YOU. THE MATTER IS THE VERDICT OF MY TRIAL WHICH ENDED ON JUNE 01,2011 MY TRIAL ATTORNEY JOHN O,GOINS FILED A MOTION **N.J.C.R 3:18-2 MOTION FOR A N.J.C.R 2:10-1**
THE TRIAL ATTORNEY POINTED OUT THAT THAT THE STATE NEVER MET IT'S BURDEN, THEREFORE IT SHOULD BE A JUDGEMENT OF ACQUITTAL. THE NOTICE OF MOTION WAS FILE ON JUNE 6, 2011 WHICH WAS WITHIN THE 10 DAYS TO CHALLENGE THE VERDICT OF THE JURY. THE BRIEF WAS FILED ON AUGUST 19,2011 **OCN-07-062181 08/19/2011 TRANS ID CRM2018542383**
JUDGE JAMES DEN Uyl JSC. DENIED THE MOTION ON SEPT. 30 2011 WITHOUT WRITTEN OPINION.

THE STATE OF NEW JERSEY NEVER
   1. PRODUCED A BALLISITIC EXPERT

   2. STATE POLICE EXONERATION D.N.A C07-03353 REPORT 10-01-07

   3. 2 DIFFERENT MEDICAL EXAMINER'S REPORT DR. JOHN E. ADAMS OF MARYLAND, DR. MARK L.TAFF OF NEW YORK REFUTING STATE OF NEW JERSEY MEDICAL EXAMINER DR. HYDEW PARK IN AUTOPSY AME-07-154.

   4. THE CREDIBILITY OF THE STATES WITNESS NO SIGNED STATEMENTS

   5. MY ATTORNEY IN PERVIOUS INDICMENTS MICHEAL E. WILBERT WAS WITHNESS FOR THE STATE OF NEW JERSEY AND TESTIFIED IN SAME TRIAL AS HIS NEW CLIENT WHO ALSO TESTIFIED FOR STATE DARNEL WILLIAMS. THIS VIOLATES THE RULES OF PROFESSIONAL CONDUCT.

6. AUGUST 17, 2009 HEARING REPORTS OF THE DEFENSE PUT ON RECORD WHICH HAVE NOT BEEN A PART OF ANY APPEAL. THE APPELLATE DIVISION HAS DENIED MY ABILITY TO FILE NOTICE OF ALL THE ABOVE MENTION ISSUES PLEASE CHECK THE RECORD

RESPECTFULLY SUBMITTED

*William M. McMillan* (signature)

WILLIAM M. MCMILLAN
MAY 12, 2021

CC. FILE
TRIAL COURT ADM OCEAN COUNTY JILL VITO
OCEAN COUNTY OMBUDSMAN JESSICA STRUGIBENETTI
SUPERIOR COURT OMBUDSMAN SVEN PFAHLERT
SPECIAL ASSTS. TO THE ADMIN. DIR. ANN MARIE FLEURY OCN. VIN.
SUPREME JUDICIARY APPEALS COURT MASS. MAINE

| | |
|---|---|
| STATE OF NEW JERSEY<br>NEW JERSEY STATE POLICE<br>IDENTIFICATION AND INFORMATION<br>TECHNOLOGY SECTION CRIMINAL<br>INFORMATION UNIT & OFFICE OF<br>FORENSIC SCIENCES CENTRAL REGIONAL<br>LABORATORY D.N.A UNIT. | WILLIAM M. MCMILLAN<br>N.J.S.P 261795<br>P.O. BOX 861<br>TRENTON N.J. 08617<br><br>MARCH 26, 2021 |

RE: **D.N.A EXONERATION**
     **WRONGFULLY CONVICTED**

DEAR D.N.A UNIT , Frederick fife

  TO WHOM IT MAY CONCERN I WILLIAM M. MCMILLAN WAS EXONERATED IN REPORTS OF JULY 27,2007 BY DELORSE CONILIGO LAB C07-03353 SUBMITTING AGENCY 07-0637 OCEAN COUNTY SHERIFFS DEPT.

I WAS EXONERATED IN THE ABOVE MENTION REPORTS BUT I AM IN PRISON FOR CHARGES OF POSSESSION OF THE WEAPON THAT THE REPORTS EXONERATED ME AS A SUSPECT IN 2007. TEST WERE PROFORMED SUCH AS AS TRACE & E.CELL
state of new jersey division of parole ordered said test and investigation. warrant was removed after the reports, I need to know how do I get a copy of said information to use in obtaining my freedom?
I HAVE WRITTEN TO TRY AND GET COPIES OF REPORTS AS WELL AS ASSISTENCE IN TRING TO OBTAIN MY FREEDOM & LIBERTY THE OCEAN COUNTY JUSTICE COMPLEX AND PROSECUTORS OFFICE HAS MALICIOUSLY OVER LOOKED and omitted THE EXONERATION AND IT IS OF SCIENTIFIC CERTAINITY YET I AM WRONGFULLY CONVICTED AN IN PRISON  for charges that the reports exonerated me of.

I don't understand how I am exonerated all test were a matter of review by others in lab as a procedure and supervisors review as well yet I have for years sort this information to present to the courts.PROSECUTORS WILLIAM PORTER, STEVEN CUCCI, AND BRIDGET COUGHLIN OMITTED THIS INFORMATION  IN THE PROCESS OF THER OFFICAL MISCONDUCT & MALICIOUS PROSECUTION.

*your time and attention in this matter is very much needed and is important as well as your prompt reply. thank you.*

                                              very truly yours
                                              *William M. McMillan*
                                              William m. McMillan
                                              April 26, 2021

cc/file                                              MARCH 26,2021
NEW JERSEY SENATE
GOV OFFICE STATE OF NEW JERSEY
HONORABLE JAMES ZAZZALI
HONORABLE VIRGINIA LONG
NEW JERSEY STATE POLICE SUPERINTENDENT
STATE OF NEW JERSEY OFFICE OF ATTORNEY GENERAL
COMM.DEPT.CORR.
ADMINISTRATIVE OFFICE OF COURTS
DISTRICT 1 ETHICS COMMITTEE



William M. McMillan
KHALEEL ALLAH #2661795
SBI 000 6664968
PO Box 861
Trenton N.J. 08608

State of California
Oakland Court House   3rd floor
1301 Clay Street   CTRM #3
Oakland, California

ATTN Senior Dis. Judge
Phyllis J Hamilton   94612

